#22878

FILED-ED4
01 APR 17 PM 3:22
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KATHLEEN KOSZOLA,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION<br>OF THE CITY OF CHICAGO,<br><br>Defendant. | ) | No. 01C 2722<br><br>CHIEF JUDGE ASPEN<br><br>MAGISTRATE JUDGE ASHMAN |

COMPLAINT

Now comes the plaintiff, Kathleen Koszola, by her attorney, Philip J. Schmidt, and for her Complaint against the Defendant, Board of Education of the City of Chicago, states as follows:

DOCKETED
APR 1 9 2001

COUNT I

1. This is an action for employment discrimination.

2. The plaintiff is Kathleen Koszola and she resides in the County of Cook, City of Chicago, State of Illinois.

3. The defendant is the Board of Education of the City of Chicago, located at 125 S. Clark Street, County of Cook, City of Chicago, State of Illinois.

4. The plaintiff at all times relevant hereto was certified and otherwise qualified to teach classes in the Chicago Public Schools having fulfilled all educational prerequisites and teaching certificate prerequisites. Plaintiff is Caucasian and her skin is white.

5. The plaintiff applied for full time teaching positions with the defendant with the following results:

a: Between September 15, 1995 to the present date the Plaintiff has attempted to obtain a permanent teaching position with the defendant. During this period of time Plaintiff, except for a period she resided out of State, has continually been rejected or not considered by Defendant because she is Caucasian.

6. The defendants discriminated against the plaintiff on or about, or beginning on or about, September 15 1995, and continued to date. More specifically the following acts occurred:

a: Plaintiff continually requested interviews but was refused an interview and was told by defendant it was because she was not a minority.

b: Between December, 1996 and March, 1997 Plaintiff talked to the principal and assistant principal at Sayre Academy. Plaintiff knowing of vacancies at the Sayre school asked the principal if she could submit her resume for the vacancy to teach 6th grade social studies. The principal responded that they were not taking resumes for Caucasians. Plaintiff was not allowed to submit her resume.

c: Plaintiff applied for two positions at Garvey School in August of 1997. She was asked in a phone conversation by the principal if she was white. Plaintiff was told by the principal they had to hire minorities.

d: Plaintiff applied to Norwood School in September of 1999. In June, 2000 plaintiff received a letter to come in to be interviewed. The principal told plaintiff that they were only able to hire minorities for full time positions but he could hire Caucasians for a specially funded pull out program but without benefits from defendant. The principal indicated he wanted to hire Caucasians but could not.

e: In the 1996 Plaintiff attempted to replace a full time teacher at Falconer School who had cancer. Plaintiff asked the principal to consider her for full time as she had replaced the teacher during some of her absences. The principal replied "Are you Spanish?" "Are you married to someone Spanish?" When plaintiff responded negatively,

she was told too bad because we need to hire minorities and would not grant an interview. This amounted to a screening before even being considered for an interview.

f: Plaintiff applied to Hitel School in 1996 for a position for 3rd grade. Plaintiff was not given an interview and was told the position was filled by a minority.

g: Despite a shortage of teachers in 1999, the Plaintiff's many applications went unanswered.

h: In August of 1999 when the Plaintiff applied for a full time substitute position with Defendant a representative of the Chicago Board of Education she was told that because there was a pending discrimination complaint between the Board of Education and Plaintiff she should get lost.

i: Throughout the periods described above Plaintiff continually was discriminated from even entering the hiring process. She was told not to submit her resume because of her race or color. At timesDefendant openly admitted wholesale discrimination practices using an affirmative action consent decree as their pretextural excuse for these practices.

7. The plaintiff has filed a charge against the defendants asserting the acts of discrimination indicated in this complaint with the following government agencies: (i) the United States Equal Employment Opportunity Commission on or about November 24,1997, and March 24, 2000; and (ii) the Illinois Department of Human Rights on or about November 24, 1997 and March 24, 2000. Copies of the charges are attached.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. The United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on January 20, 2001, a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's race or color in violation of 42 U.S.C. s/s 200e-2(a) and (b) and is being sued pursuant thereto in Count I. .The defendant also violated Plaintiff'c civil rights by depriving her of her constitutional rights of the pursuit of happiness in violation of 42 U.S.C. s/s1983 and is being sued pursuant thereto in Count II.

10. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C. s/s1331, 28 U.S.C. s/s1343(a)(3), and 42 U.S.C. s/s2000e-5(f)(3); over 42 U.S.C. s/s1981 and s/s1983 by 42 U.S.C. s/s1988; over the A.D.E.A. by 42 U.S.C. s/s12117

11: As a direct and proximate result of the discrimination by defendant, the plaintiff lost wages, is likely to lose wages in the future, suffered great mental anguish and severe emotional trauma.

12. Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

13. The plaintiff demands that the case be tried by a jury.

14. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff:

(a) Find judgment against the defendant and in favor of the plaintiff;

(b) Find for damages against all defendants as a result of the discrimination to include lost wages, future pecuniary losses, emotional pain, emotional suffering, inconvenience, mental anguish, loss of enjoyment of life and other pecuniary losses;

(d) If available, grant the plaintiff appropriate compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees; and back pay; and

(e) Grant such other relief as the Court may find appropriate.

COUNT II

15. Plaintiff realleges paragraphs 1-13 of Count I making them a part hereof Count II.

16. The defendant acting through its employees and agents at all time relevant hereto acted under the color of law by using the affirmative action consent decree as a pretext to wholesale deprivation of constitutional rights of the plaintiff.

17. As a direct and proximate result plaintiff was deprived of her lifelong pursuit of educating primary grade children in the city of Chicago. This caused loss of wages, great emotional distress and mental anguish for which plaintiff seeks damages.

18. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff:

(a) Find judgment against the defendant and in favor of the plaintiff;

(b) Find for damages against all defendants as a result of the deprivation to include lost wages, future pecuniary losses, emotional pain, emotional suffering, inconvenience, mental anguish, loss of enjoyment of life and other pecuniary losses;

(d) If available, grant the plaintiff appropriate compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees; and back pay; and

(e) Grant such other relief as the Court may find appropriate.

Jury Demand

Plaintiff demands a trial by jury of all issues in this action.

Dated this 17th day of April, 2001.

Philip J. Schmidt
Attorney for Plaintiff
11 South LaSalle Street, Suite 1020
Chicago, IL 60603
(312) 782-1528

21B980518

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: ☐ FEPA ☐ EEOC

CHARGE NUMBER: 1998SF0366

STATE OF ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
State or local Agency, if any

RECEIVED NOV 24 1997 DEPT. OF HUMAN RIGHTS

| | |
|---|---|
| NAME (Indicate Mr., Ms., Mrs.) Kathleen Koszola | HOME TELEPHONE (Include Area Code) 561/615-8845 |
| STREET ADDRESS 2371 Oak Tree Lane / CITY, STATE AND ZIP CODE West Palm Beach, FL 33409 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| | | |
|---|---|---|
| NAME Chicago Board of Education | NUMBER OF EMPLOYEES, MEMBERS More than 15 | TELEPHONE (Include Area Code) 773/535-8000 |
| STREET ADDRESS 1819 W. Pershing Road | CITY, STATE AND ZIP CODE Chicago, IL 60609 | COUNTY Cook |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA) LATEST (ALL) 9-15-97
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. A. ISSUE/BASIS

1. Subject to failure to hire on September 15, 1997, because of my race-white.

B. PRIMA FACIE ALLEGATIONS

1. My race is Caucasian.

2. I was well qualified to perform the duties of teacher.

3. I was not hired. Although I was initially chosen because of my resume, in a phone interview I was asked what my skin color is.

4. I allege Respondent primarily hires applicants who are not Caucasian.

(Cont'd)

Brenda J. Bartee
OFFICIAL NOTARY SEAL
BRENDA J BARTEE
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC627925
MY COMMISSION EXP. MAR. 22,2001

11-20-97

State of Florida
Palm Beach County

☐ I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Kathleen Koszola

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
11/20/97

FDL-K-JUG-...

II. A. ISSUE/BASIS

1. Subject to unequal wage on September 15, 1997, because of my race-white.

B. PRIMA FACIE ALLEGATIONS

1. My race is Caucasian.

2. I was well qualified to perform the duties of teacher.

3. I was compensated at a rate of $88.00 per day.

4. Respondent paid black teachers more than me even though duties were similar if not identical.

TRG/nth

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See Privacy act statement before completing this form.

AGENCY: [X] FEPA [X] EEOC

CHARGE NUMBER: 2000CF2015

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Kathleen Koszola | | 773/625-5199 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 8406 W. Brodman | Chicago, IL 60656 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below).

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Chicago Public School Board | 15+ | 773/553-1130 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 125 S. Clark St. | Chicago, IL 60603 | Cook |
| NAME | | TELEPHONE (Include Area Code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER

DATE DISCRIMINATION TOOK PLACE: EARLIEST (ADEA/EPA) LATEST (ALL) 2/00

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I. A. ISSUE/BASIS

FAILED TO HIRE ME FROM MID TO LATE 1999 AND CONTINUING UNTIL THE PRESENT, BECAUSE OF MY RACE, WHITE

B. PRIMA FACIE ALLEGATIONS

1. My race is white.

2. I am well qualified for the position of Teacher. I have two degrees and I have been certified since 1994. I also have experience working at Respondent. I was a cadre and a substitute teacher from 1995 to 1997.

3. From mid to late of 1999 and continuing until the present, Respondent has denied me employment as a Teacher for Region One. One reason given by Steven Heller, Recruiter, was that there were no job openings in Region One or Two.

Continued...lgv

State of IL County of COOK

Signed before me on this 24th day of March 2000 by Kathleen Koszola

[signature] Notary Public

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (when necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the foregoing is true and correct.

"OFFICIAL SEAL"
JEFFREY NAWCEWICZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/6/2001
Notary Public Seal

SIGNATURE OF COMPLAINANT — DATE

x Kathleen Koszola 3/24/00

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (5/98)

4. I have repeatedly applied for employment at Respondent. In August of 1999, I applied on line on Respondent's website. In October, November, and December of 1999, I sent Respondent my resume. I received no response until some time in January of 2000, after repeated phone calls, faxes and letters. Since that time, I have talked to John Thomas, Mr. Heller and Kelly Noble, Recruiters, but to this date I have not been hired.

5. Mr. Heller suggested to me that I apply to the South Side and the West Side, because Region One and Two have no job openings. When I asked him why Respondent was hiring minorities, Mr. Heller said that Respondent was following a federal law and had to hire minorities to schools which were not racially balanced.

6. Respondent has hired non-white applicants while I have been denied employment.

II. A. ISSUE/BASIS

FAILED TO HIRE ME FROM MID TO LATE 1999 AND CONTINUING UNTIL THE PRESENT IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. In November 21, 1997, I opposed unlawful discrimination by filing Charge Number: 1998SF0366 of race discrimination, at the Illinois Department of Human Rights. The case is still open.

2. I am well qualified for the position of Teacher. I have two degrees and I have been certified since 1994. I also have experience working at Respondent. I was a cadre and a substitute teacher from 1995 to 1997.

3. From mid to late of 1999 and continuing until the present, Respondent has denied me employment as a Teacher for Region One. One reason given by Steven Heller, Recruiter, was that there were no job openings in Region One or Two.

4. I have repeatedly applied for employment at Respondent. In August of 1999, I applied on line on Respondent's website. In October, November, and December of 1999, I sent Respondent my resume. I received no response until some time in January

Continued...lgv

of 2000, after repeated phone calls, faxes and letters. Since that time, I have talked to John Thomas, Mr. Heller and Kelly Noble, Recruiters, but to this date, I have not been hired.

5. Respondent has hired other applicants during this period.

6. Respondent has denied me employment after I opposed unlawful discrimination, thereby, raising an inference of retaliatory motivation.

---

LGV/RCG/abm

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

Kathleen Koszola
8406 W. Brodman
Chicago, IL 60656

Re: Chicago Board of Education
EEOC Number: 21B980518

Dear Ms. Koszola:

This letter is to advise you that your charge has been dismissed and you have been issued a notice of right to sue. The enclosed document entitled "Dismissal and Notice of Rights" explains that, should you wish to pursue the matter in court, you must file suit within 90 days.

It is our judgement that the evidence gathered to date is unlikely to establish a violation of the statutes we enforce. Further, this evidence, given our limited resources, does not warrant a continued investigation.

Information sheets are enclosed which describes how you can obtain a copy of your EEOC file and how you can file a lawsuit, should you wish to pursue your claim in court. If you have questions or concerns, you can reach me in writing at the address above, or by phone at (312) 353-1563.

Sincerely,

January 17, 2001
Date

O. Marie Holland
O. Marie Holland
Investigator

Enclosures

**...ual Employment Opportunity Commission**

# DISMISSAL AND NOTICE OF RIGHTS

To: Kathleen Koszola
8406 W. Brodman
Chicago, IL 60656

Certified No.: 7000 0600 0022 1005 1615

From: Equal Employment Opportunity Commission
500 West Madison
Suite 2800
Chicago, Illinois 60661

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B980518 | O. Marie Holland, Investigator | (312) 353-1563 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other *(briefly state)* ______________________

**- NOTICE OF SUIT RIGHTS -**

[ X ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ ] **Age Discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

January 17, 2001

On behalf of the Commission

John P. Rowe

John P. Rowe, District Director

Enclosures
Information Sheets
Copy of Charge

cc: Respondent(s) Chicago Board of Education

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

01 APR 17 PM 3:22
CLERK
U.S. DISTRICT COURT

**I. (a) PLAINTIFFS**
Kathleen Koszola

**DEFENDANTS**
Board of Education of the City of Chicago

CHIEF JUDGE ASPEN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Philip J. Schmidt (312) 782-1528
11 South LaSalle Street
Suite 1020
Chicago, IL 60603-1207

ATTORNEYS (IF KNOWN)

01C 2722

MAGISTRATE JUDGE ASHMAN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

DOCKETED
APR 1 9 2001

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 USC 1983 and 2000e(a) and (b) racial discrimination in hiring

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $300,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ____________, previously dismissed by Judge ____________

DATE 4/17/01

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED-ED4

01 APR 17 PM 3:22

CLERK
DISTRICT COURT

In the Matter of

KATHLEEN KOSZOLA

Case Number: **01C 2722**

BOARD OF EDUCATION OF THE CITY OF CHICAGO

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

CHIEF JUDGE ASPEN

PAP KATHLEEN KOSZOLA

MAGISTRATE JUDGE ASHMAN

**(A)**

SIGNATURE [signature]

NAME Philip J. Schmidt

FIRM same

STREET ADDRESS 11 South LaSalle Street

CITY/STATE/ZIP Chicago, IL

TELEPHONE NUMBER 312 782-1528

FAX NUMBER 312 782-1530

E-MAIL ADDRESS pilihp@msn.com

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☑ NO ☐

TRIAL ATTORNEY? YES ☑ NO ☐

**(B)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

FAX NUMBER

E-MAIL ADDRESS

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(C)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

FAX NUMBER

E-MAIL ADDRESS

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(D)**

SIGNATURE

NAME

DOCKETED

APR 1 9 2001

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

FAX NUMBER

E-MAIL ADDRESS

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐